# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09-CV-308

| | |
|---|---|
| **BARBERMATE BY DUPONT, LLC,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **KINGDOM INTERNATIONAL, LLC,** | )<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER** is before the Court upon its own motion. A notice was entered by the Court on January 14, 2010 to Plaintiff's attorney that more than 120 days had passed since the filing of the complaint and the docket did not reflect an executed return indicating service of process had been effected and warning that the proceeding could be dismissed for lack of prosecution. To date, there still have been no filings.

**IT IS THEREFORE ORDERED** that the above captioned case is **DISMISSED** for failure to prosecute.

Signed: December 9, 2010

Graham C. Mullen
United States District Judge